(May 24, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GUADARROMA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 6, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is deemed renewed and is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Kupferman, J. P., Lupiano, Silverman and Capozzoli, JJ.